# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SACV 19-00291-JVS(JDEx)          Date   March 6, 2019

Title   St Liberty LLC v M V Hallelujah, Official No 1285015, et al

Present: The Honorable          James V. Selna

Lisa M Bredahl                                      Not Present

Deputy Clerk                                      Court Reporter

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                      Not Present

**Proceedings:**   (In Chambers)          ORDER TO SHOW CAUSE RE
DISMISSAL AND/OR SANCTIONS FOR
FAILURE TO COMPLY WITH RULES


The Court, on its own motion, hereby **ORDERS** plaintiff to show cause in writing no later than **Noon** **on** **Friday,** **March 8, 2019,** why this action should not be dismissed and/or sanctions imposed for failure to comply with the Central District of California's General Order No. 14-01 and Local Rule 5-4.5.

As an alternative to a written response by plaintiff(s), the Court will consider the **delivery** , by **Friday,** **March 8, 2019,**  of the required Mandatory Chambers Copies of the Complaint, Civil Cover Sheet and Notice of Interested Parties (Docket Nos.**1, 2 3**) to Judge Selna's Mandatory Chambers drop box on the 10th Floor of the Ronald Reagan Federal Bldg. & Courthouse, 411 West 4th Street, Santa Ana, California as an adequate response to the Court's Order to Show Cause.

:          00

Initials of Preparer          kjt